USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/15/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- x

GRAFTON H. HULL, JR.,

       Plaintiff on behalf of himself
       and all others similarly
       situated

       - against -

CENGAGE LEARNING HOLDINGS II, INC.,
CENGAGE LEARNING, INC.,

       Defendants.

----------------------------------------- x

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND

1:19-cv-07662 (ALC)

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that Plaintiff's time to respond to Defendant's October 10, 2019 letter requesting a pre-motion conference shall be extended through Friday, October 18, 2019.

New York, NY
Dated: October 14, 2019

| SLARSKEY LLC | SATTERLEE STEPHENS LLP |
|---|---|
| By: _____ <br> David Slarskey <br> 800 Third Avenue, 18th Floor <br> New York, NY 10022 <br> (212) 658-0661 <br> *Counsel for Plaintiffs* | By: /s/ James Rittinger <br> James F. Rittinger <br> 230 Park Avenue 11th Floor <br> New York, NY 10169 <br> (973) 218-2509 <br> *Counsel for Defendants* |

SO ORDERED.

_____
Carter, A. U.S.D.J.

10/15/19