USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10/28/19_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**GRAFTON H. HULL, JR.,** *on behalf of himself*
*and all others similarly situated,*

                    **Plaintiff,**

          -against-

**CENGAGE LEARNING, INC.** and **CENGAGE**
**LEARNING HOLDINGS II, INC.,**

                    **Defendants.**

---

1:19-cv-07662 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made within

thirty days.

**SO ORDERED.**

Dated: October 28, 2019
      New York, New York

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**