UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAFTON H. HULL, JR., <br><br> Plaintiff, <br><br> -against- <br><br> CENGAGE LEARNING HOLDINGS II, INC., et al., <br><br> Defendants. | No. 19 Civ. 7662 (ALC) <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by the parties to the above-captioned action, through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the above-captioned action is hereby dismissed with prejudice, and without costs or fees to either party.

Dated: November 4, 2019

**SLARSKEY LLC**
By: _/s/ David Slarskey_
David Slarskey
800 Third Avenue, 18th Floor
New York, NY 10022

*Counsel for Plaintiff*

**SATTERLEE STEPHENS LLP**
By: _/s/ Glenn C. Edwards_
Glenn C. Edwards
230 Park Avenue, Suite 1130
New York, NY 10169

*Counsel for Defendants*

3322021_1